UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                     :

P. O'GORMAN,                      :

                             :

                Plaintiff,      :

                             :             20-cv-1404 (LJL)

       -v-                    :

                             :                ORDER

MERCER KITCHEN LLC, et al.,    :

                             :

                Defendants.   :

                             :

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff moves to compel Defendants Mercer Kitchen LLC and Jean-Georges Management LLC (the "Restaurant Defendants") to produce documents responsive to Requests Nos. 30 and 31 of Plaintiff's Request for Production of Documents. *See* Dkt. No. 35. The Restaurant Defendants have not produced documents in response to those requests nor made argument to this Court in response as to why production should not be compelled. The Restaurant Defendants are hereby ORDERED to produce all non-privileged documents in their possession, custody, and control responsive to Requests Nos. 30 and 31 within fourteen (14) days of this Order.

      Plaintiff also moves to compel Defendant Mercer Hotel Corporation to produce documents responsive to Plaintiff's Request for Production of Documents. *See id.* Defendant Mercer Hotel Corporation has not responded to the Request for Production nor to Plaintiff's motion. Defendant Mercer Hotel Corporation is hereby ORDERED to respond to Plaintiff's Request for Production of Documents within fourteen (14) days of this Order.

      SO ORDERED.

Dated: October 5, 2020
      New York, New York                      LEWIS J. LIMAN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 10/5/2020 _