```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
P. O'GORMAN,                                                       :
                                                                   :
                                                                   :
                         Plaintiff,                                :
                                                                   :        20-cv-1404 (LJL)
        -v-                                                        :
                                                                   :        ORDER
                                                                   :
MERCER KITCHEN L.L.C., et al.,                                     :
                                                                   :
                         Defendants.                               :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2021

LEWIS J. LIMAN, United States District Judge:

The Court will maintain the redacted portions of the proposed amended complaint and the motion to file the amended complaint under seal pursuant to the standards set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). The Clerk of Court is directed to keep Dkt. Nos. 51, 60 under seal.

The Court reserves judgment on the motion to amend in addition to whether it states a claim for relief. Plaintiff filed the motion to amend on December 30, 2020. Dkt. No. 51; *see also* Dkt. No. 60. Defendant Mercer Hotel Corp. indicated its intent to file an opposition by January 15, 2021, Dkt. Nos. 53, 55, but has not done so. Defendants Mercer Kitchen L.L.C. and Jean-Georges Management LLC have not responded to the motion.

Defendants are directed to file their opposition papers, if any, by February 5, 2021, otherwise the Court will consider the motion unopposed and take it under advisement at that time.

SO ORDERED.

Dated: January 28, 2021
       New York, New York
                                        _____
                                        LEWIS J. LIMAN
                                        United States District Judge