UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| P. O'GORMAN,<br><br>        Plaintiff,<br><br>- against -<br><br>MERCER KITCHEN L.L.C., JEAN-GEORGES MANAGEMENT LLC, MERCER HOTEL CORPORATION D/B/A BD PRINCE MANGER CORP., THE MERCER I, LLC, MERCER OPERATING, LLC, ANDRE BALAZS,<br><br>        Defendants. | Case No. 1:20-cv-01404-LJL |

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between P. O'Gorman ("Plaintiff"), Defendants Mercer Kitchen LLC and Jean-Georges Management LLC (together, the "Jean-Georges Defendants"), and Defendants The Mercer I, LLC, Mercer Hotel Corporation d/b/a BD Prince Manger Corp., Mercer Operating LLC, and Andre Balazs (together, the "Mercer Defendants"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that Plaintiff's Complaint shall be dismissed with prejudice.

Dated: __July 19, 2021__, 2021      By: _/s/ Josh Bernstein_
                    Joshua Alexander Bernstein
                    Josh Bernstein P.C.
                    175 Varick Street
                    New York, NY 10014
                    *Attorneys for Plaintiff*

Dated: __July 20__, 2021      By: _/s/ Felice B. Ekelman_
                    Felice B. Ekelman, Esq.
                    Jackson Lewis, P.C.
                    666 Third Avenue, 29th Floor
                    New York, New York 10017
                    *Attorneys for Jean-Georges Defendants*

Dated: July 15 , 2021      By: _____
                                                        Claudia Costa, Esq.
                                                        Gordon Rees Scully Mansukhani
                                                        1 Battery Park Plaza, 28th Floor
                                                        New York, NY 10004
                                                        *Attorneys for Mercer Defendants*

The Court hereby approves the settlement and dismissal of the instant action with prejudice.

         SO ORDERED this 21 day of _____ July _____, 2021

_____
                 Hon. Lewis J. Liman
                 United States District Judge